**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSEJ BESCIOKOV,<br>    a/k/a Aleksej Bešciokov,<br>    a/k/a proforg,<br>    a/k/a iram,<br><br>    and<br><br>ALEKSANDR MIRA SERDA,<br>    a/k/a Aleksandr Ntifo-Siaw,<br>    a/k/a Aleksandr Ntifo Siao<br><br>            *Defendants*. | Criminal No. 1:25-CR-39<br><br>Count 1: 18 U.S.C. § 1956(h)<br>Conspiracy to Commit Money Laundering<br><br>Count 2: 50 U.S.C. § 1705(a)<br>Conspiracy to Violate the International Emergency Economic Powers Act<br><br>Count 3: 18 U.S.C. § 371<br>Conspiracy to Operate an Unlicensed Money Services Business<br><br>Under Seal |

## MOTION TO UNSEAL CASE

The United States, by and through its attorneys, Erik S. Siebert, United States Attorney, and Zoe Bedell, Assistant United States Attorney, hereby moves the Court to issue an Order unsealing the above-captioned case.

This case was sealed to limit notification of the defendants and their coconspirators of an ongoing investigation. At this stage, the United States has decided to publicize the investigation to disrupt criminal activity and solicit more information from the public. The United States will be undertaking a coordinated operation that will become public on the morning of March 7, 2025.

1

The government therefore requests that Case No. 1:25-cr-39 be unsealed, including this Motion to Unseal Case and accompanying Order.

WHEREFORE, the United States respectfully requests that Case No. 1:25-cr-39 be unsealed on March 7, 2025, at 8:30 am EST.

                Respectfully submitted,

                ERIK S. SIEBERT
                UNITED STATES ATTORNEY

By:      /s/
        Zoe Bedell
        Assistant United States Attorney